## PROMISSORY NOTE

**Cleveland, Ohio**                                                                                    **US $61,700**

**February 18, 2015**
                                                                                    _____
                                                                                    Initial Here

     The undersigned, Christian Dawkins, (the "Maker"), for value received, promises to pay to International Management Advisors, Ltd., (the "Holder") the principal sum of Sixty One Thousand Seven Hundred Dollars ($61,700) (the "Principal Sum") together with interest at the current prime rate (per the Wall Street Journal) of 3.25% per annum thereon.

     1.    Payments; Maturity. All payments shall be made payable to the Holder and mailed c/o IMA, Ltd., 1360 East 9th Street, Suite 860, Cleveland, Ohio 44114-1742, or at such other address as the Holder hereof shall from time to time designate in writing. The indebtedness evidenced hereby, shall be paid by the Maker on demand along with accrued interest at the stated rate of 3.25%.

     2.    Prepayment Privilege. The Makers shall have the right to prepay the whole or any part of the Principal Sum, together with accrued interest thereon, at any time and from time to time, without prepayment charge or penalty. All payments shall be applied first to accrued and unpaid interest and then to principal.

     3.    Governing Law. ALL QUESTIONS CONCERNING THE CONSTRUCTION, VALIDITY AND INTERPRETATION OF THIS NOTE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE DOMESTIC LAWS OF THE STATE OF OHIO, WITHOUT GIVING EFFECT TO ANY CHOICE OF LAW OR CONFLICT OF LAW PROVISION OR RULE (WHETHER OF THE STATE OF OHIO OR ANY OTHER JURISDICTION) THAT WOULD CAUSE THE APPLICATION OF THE LAWS OF ANY JURISDICTION OTHER THAN THE STATE OF OHIO.

     4.    Notices. All notices and other communications required or permitted hereunder shall be in writing and shall be deemed effectively given upon personal delivery or on the day sent by facsimile transmission if a true and correct copy is sent the same day by first class mail, postage prepaid, or by dispatch by a reputable express courier service, to the proper parties at the appropriate business address of such party, or at such other address as any party may designate by ten days advance written notice to the other parties.

     5.    Severability. If any provision of this Note should be found to be invalid or unenforceable, all other provisions shall nevertheless remain in full force and effect to the maximum extent permitted by law.

     6.    Waiver. The undersigned waives presentment, demand, notice of dishonor, protest and notice of non-payment and protest.


EXHIBIT 3

IN WITNESS WHEREOF, the Maker has caused this Note to be issued as of February 18, 2015 in the amount of $61,700 (Sixty One Thousand Seven Hundred Dollars).

Christian Dawkins

X _____