# EXHIBIT B

## TERMINATION OF EMPLOYMENT

## AMENDMENT OF EMPLOYEMENT AGREEMENT REGARDING CERTAIN COMPANIES

Dear Christian,

This letter agreement is intended to acknowledge your termination of employment and your release of any and all claim against IMA effective January 15, 2015.

Reference is now made to your employment agreement dated April 29, 2014, with regard to your future employment by certain other companies, as outlined in Paragraph 9.  We agree to amend Paragraph 9 and delete the reference to ASM Sports.

We acknowledge and agree that you are free to perform services on behave of ASM Sports as otherwise prohibited by Paragraph 9.

The employment agreement, including the restrictions of Paragraph 6, remains in full force and effect with the exception of the deletion of ASM Sports in Paragraph 9.

Sincerely,

Kurt Schoeppler

Agreed:

Christian Vaughn Dawkins