# EXHIBIT C

June 2, 2016

Dear Elfrid:

  Thank you again for taking the time to speak with me.  As we discussed, International Management Advisors Ltd. ("IMA") has alleged that I stole and made unauthorized use of your American Express card and incurred unauthorized UBER charges on your credit card.  These allegations have been made by IMA in a complaint filed in Indiana, to the NBAPA, and to law enforcement.  These are very serious accusation, and it is important that the true facts are made known.  Therefore, I am writing to ask that you confirm our telephone conversations over the past several days regarding the allegations which have been made against me by IMA so that I can demonstrate that the accusation are not true.  By signing the below, you confirm that:

- You authorized me to set-up an UBER account at the 2015 NBA All Star Game in New York City in order to provide transportation services to your family.  You provided me your American Express card number and authorized me to incur UBER charges to the card in order to arrange transportation services for your family.  The UBER account was in my name because you were involved in basketball activities and were unable to attend personally to your family's transportation needs.  You provided me your credit card information knowingly and voluntarily.

- I never "stole" your American Express card number, or any other personal financial information.  This information was provided to me so that I could assist you and your family in making various travel and other arrangements.

- On numerous occasions over the last year, you have authorized me to make certain other travel arrangements for your family, including but not limited to arranging airline tickets for family members using your credit card information.

- We are in the process of reviewing the charges incurred on the UBER account, and if I inadvertently charged certain personal UBER rides to your credit card, I will make arrangements to promptly reimburse you for those amounts in full.  It is your understanding and belief that any such charges were incurred inadvertently and were not made with any intent to defraud or steal from you.

As discussed this letter is being provided to you as a convenience, and we can modify the language set forth above to ensure that it accurately captures the factual information related to this matter.  Otherwise, and assuming the letter meets with your approval after careful review, please sign the below and return it to me at your earliest convenience.  Thank you for your support during this difficult time, and I will contact you to resolve any outstanding issues related

to the UBER account.  Once signed I plan on providing this letter to third parties to demonstrate that the allegations by IMA against me are not true and factually baseless.

Sincerely,

Christian V. Dawkins

**SIGNED TO AND AGREED:**

_____
Elfrid Payton
Date: