# EXHIBIT D



**Kadish, Hinkel & Weibel**
A Legal Professional Association

Stephen L. Kadish
Kevin M. Hinkel
David G. Weibel
William A. Duncan
James H. Rownd
Dean M. Rooney
Matthew F. Kadish

Kent S. Hedman
Rita M. Jarrett
Daniel P. Hinkel
John P. Desimone
Matthew K. Seeley
Karl E. May, Of Counsel

June 17, 2016

Email: mseeley@khwlaw.com

**PERSONAL & CONFIDENTIAL**
Uber Technologies, Inc.
c/o its statutory agent
CT Corporation Systems
1300 East Ninth Street
Cleveland, Ohio 44107

Re:   **International Management Advisors, Ltd. v. Christian Dawkins**
AAA Case No. 01-15-0005-6107

To Whom It May Concern:

Please find enclosed herein a Subpoena in the above-referenced matter. Please send responsive documents to the undersigned at your earliest convenience.

Very truly yours,

Matthew K. Seeley

MKS/cmb
Enclosure
cc:   Colin R. Jennings, Esq. (via email only)
Sean McGrane, Esq. (via email only)
Kevin M. Hinkel, Esq.

# The Arbitration Tribunals of the American Arbitration Association

In the Matter of Arbitration between

International Management Advisors, Ltd.

-vs-

Christian Dawkins

CASE NO. 01-15-0005-6107

Subpoena Duces Tecum (Documents)

FROM THE PEOPLE OF THE STATE OF: OHIO

To: Uber Technologies, Inc.
c/o its statutory agent
CT Corporation Systems
1300 East Ninth Street
Cleveland, Ohio 44107

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, under the authority of Ron Isroff, acting under the arbitration laws of this state, produce to:

Matthew K. Seeley, Esq., Kadish, Hinkel & Weibel, 1360 E. 9th Street, Suite 400, Cleveland, Ohio 44114

by the 30th day of June, 2016, the following documents:

1. Any an all records related to any Uber account in the name of "Christian" using email address loydmgmt@gmail.com charging to AMEX ending in 62234 or 63232 dated between February 15, 2015 and May 31, 2016.

Signed: _____
Arbitrator Ron Isroff

Dated: June 16, 2016

Request by: Matthew K. Seeley

Kadish, Hinkel & Weibel
Name of Representative

1360 E. 9th St., Ste. 400, Cleveland, OH 44114
Address                              ZIP Code

216-696-3030
Telephone

Dated: _____