# EXHIBIT E



**BOSE McKINNEY & EVANS LLP**

ATTORNEYS AT LAW

**Paul D. Vink**
Direct Dial: (317) 684-5422
Fax: (317) 223-0422
E-Mail: PVink@boselaw.com

June 3, 2016

Uber
c/o LERT@uber.com

RE:   Document Preservation Notice

Dear Sir or Madam:

Please be advised that this firm represents International Management Advisors Ltd. ("IMA") in a lawsuit pending in the United States District Court for the Southern District of Indiana, Case No. 1:16-CV-1325. One of the claims in that case involves the fraudulent use of an American Express credit card to charge over $40,000 in payments to Uber. The credit card is owned by IMA issued in the name of Elfrid Payton, the first four digits on the card are 3715, the last four digits are 2234, and the card's expiration date is January 2020. Christian Dawkins is believed to have used that card to establish a Uber account, which he used hundreds of times between February 2015 and May 2016 when the fraud was discovered and stopped.

Litigation involving this issue (and several others) is just beginning, and IMA is not permitted to serve a subpoena at this time. However, IMA expects to serve Uber with a subpoena in the near future and wants to insure, in the interim, that Uber retains all records relating to any charges paid by the above credit card for any Uber account. Such records would include, but not be limited to, where the rides occurred, when the rides occurred, the identity of the person using the account and all contact information, and the amounts charged. The subpoena will provide more detail on the information sought. To the extent Uber has an auto-deletion policy for data described herein, IMA hereby places Uber on notice of the need to suspend any such policy and prevent the loss of any relevant data.

If you have questions, please contact me. Thank you for your expected cooperation.

Very truly yours,

Paul D. Vink

PDV:csl

3011893_1/27207-1